**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 901 MAL 2014
:
                Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
JOHN W. LYNN, :
:
             Petitioner :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 17th day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.